IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. DEMOS,

   Plaintiff,       No. CIV S-11-2129 EFB P

 vs.

THE PACIFIC LEGAL FOUNDATION,

   Defendant.      ORDER
_____/

  Plaintiff is a state prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

  Plaintiff seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). For the reasons explained below, the court finds that plaintiff has not demonstrated he is eligible to proceed *in forma pauperis*. A prisoner may not proceed *in forma pauperis*,

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). It appears that on at least three prior occasions, plaintiff brought actions

1  while incarcerated that were dismissed as frivolous, malicious, or for failure to state a claim
2  upon
3  which relief may be granted.[1]  *See Demos v. Beach*, Case No. 2:00-cv-00456-GEB-PAN, Dckt.
4  No. 11 (ordering plaintiff to show cause why his in forma pauperis status should not be revoked
5  in light of letter from the Clerk of the Court for the United States District Court, Western District
6  of Texas, indicating plaintiff had filed 26 lawsuits which were dismissed as frivolous); Dckt. No.
7  12 (order revoking plaintiff's in forma pauperis status pursuant to § 1915(g)).
8       Further, it does not appear that plaintiff was under imminent threat of serious physical
9  injury when he filed the complaint.  *See* 28 U.S.C. § 1915(g); *Andrews v. Cervantes*, 493 F.3d
10  1047, 1053 (9th Cir. 2007).  The complaint refers to plaintiff's criminal trial and alleges claims
11  of breach of contract, racial discrimination, and negligence.  *See* Dckt. No. 1.  The nature of
12  plaintiff's allegations does not demonstrate that he suffered from imminent danger of serious
13  physical injury at the time he filed his complaint.  Thus, the imminent danger exception does not
14  apply.
15       Accordingly, it is hereby ORDERED that:
16       1. Plaintiff's August 11, 2011 application to proceed *in forma pauperis* is denied;
17       2.  Plaintiff shall pay the $350 filing fee within 30 days; and
18       3.  Plaintiff's failure to comply with this order will result in dismissal of this action.  *See*
19  28 U.S.C. § 1914(a).
20  Dated: August 30, 2011.

          _____
          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE

---

[1] A court may take judicial notice of court records.  *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

2