IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. DEMOS,

      Plaintiff,                            No. CIV S-11-2129 EFB P

  vs.

THE PACIFIC LEGAL FOUNDATION,

                                         ORDER

      Defendant.

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On August 31, 2011, the court found that plaintiff was not entitled to proceed *in forma pauperis*, denied his application to so proceed and directed him to pay the filing fee required by 28 U.S.C. § 1914. The order gave plaintiff 30 days to pay the required fee and warned him that failure to do so may result in this action being dismissed.

      The 30-day period has expired and plaintiff has not paid the filing fee or otherwise responded to the court's order.

////

1     Accordingly, this action is dismissed without prejudice.

2 Dated: December 5, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE